ARCADY FARMS MILLING COMPANY, INC. v. W. U. LAWS AND WIFE, HELEN B. LAWS, AND G. C. HUNTER, TRUSTEE FOR PEOPLES BANK.

(Filed 30 June, 1955.)

**Appeal and Error § 23—**

Where no assignments of error appear in the record on appeal, the appeal must be dismissed for failure to comply with the mandatory requirement of Rule of Practice in the Supreme Court No. 19(3).

APPEALS by plaintiff and by defendants Laws from *Sharp, Special Judge,* 1 November, 1954, Special Term, of PERSON.

Plaintiff's action is to recover judgment on demand promissory note for $39,327.24 dated 7 October, 1953, and to foreclose liens on real and personal property constituting security therefor.

· Defendants Laws, in their answer, admit the execution of the note and security therefor but allege facts purporting to constitute an affirmative defense to plaintiff's action. In addition, defendant W. U. Laws seeks to recover judgment against plaintiff on three alleged cross-actions.

Plaintiff demurred to the alleged affirmative defense. The court sustained this demurrer, striking designated portions of the answer. To this ruling, defendants Laws excepted and appealed.

Plaintiff also demurred to each cross-action. The court overruled these demurrers. To these rulings, plaintiff excepted and appealed.

The rulings do not relate to defendant G. C. Hunter, Trustee. He takes no part in these appeals.

*Melvin H. Burke for plaintiff appellee and appellant.*

*Burns & Long and Clarence Ross for defendants Laws, appellees and appellants.*

PER CURIAM. No assignments of error appear in the record filed in this Court. This is true as to both appeals. Hence, the appeals must be dismissed for failure to comply with the mandatory requirement of the rules of this Court. Rule 19(3), Rules of Practice in the Supreme Court, 221 N.C. 546 (554).

Appeal of plaintiff: Dismissed.

Appeal of defendants Laws: Dismissed.